# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, *et al.*, | ) |
|         Plaintiffs, | ) |
| v. | ) Civil Action No. 17-1524 (APM) |
| UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*, | ) |
|         Defendants. | ) |

## **JOINT STATUS REPORT**

Pursuant to the Court's September 11, 2019 Minute Order, the parties respectfully file this Joint Status Report further to apprise the Court of their plan for resolving this case brought under the Freedom of Information Act ("FOIA"), in which Plaintiffs seek a variety of records from the United States Department of the Treasury ("Treasury"), the Office of the Director of National Intelligence ("ODNI"), and the Office of Special Counsel ("OSC").

1. As indicated previously, ODNI and OSC believe that they completed the processing and releases of materials to Plaintiff.

2. As indicated in the last Joint Status Report (filed September 3, 2019), the only FOIA request that remains in processing and production stage is the TFI Realignment request being processed by Treasury. As further indicated in that report, Treasury has asked whether Plaintiffs are able to narrow the scope of the materials that are left to be processed based on what Plaintiffs may have learned from the records produced thus far. Plaintiffs have been considering the request but have not provided a final response.

3. Since the last Joint Status Report, Treasury continued its review and processing of preliminarily responsive records.  During this time, Treasury reviewed 527 records, comprising 1689 pages and produced in redacted form 251 records, comprising 843 pages on November 4, 2019.  To date Treasury has produced 2717 pages of redacted records responsive to the TFI Realignment request.

4. Regarding the processing of the TFI Realignment FOIA request, there are 7101 records (comprising 35,264 pages) that have been identified as potentially responsive that remain to be processed (*i.e.*, reviewed for responsiveness and redacted as appropriate for production).  Nonresponsive records and duplicate e-mail strings are also eliminated in the review, so the final number of records/pages produced is expected to be lower.

5. The parties propose to file another status report on January 7, 2020, that when the productions are complete the parties confer regarding any issues that Plaintiffs believe remain to be addressed through litigation (if any), and that the parties then propose a briefing schedule, should one be necessary.

November 6, 2019

Respectfully submitted,

| | |
|---|---|
| By: /s/  *Matthew Topic* <br> MATTHEW TOPIC, DC Bar #IL0037 <br> MERRICK WAYNE, DC Bar #IL0058 <br> Loevy & Loevy <br> 311 N. Aberdeen, Third Floor <br> Chicago, IL 60607 <br> (312) 243-5900 <br> foia@loevy.com | JESSIE K. LIU, DC Bar #472845 <br> United States Attorney <br><br> DANIEL F. VAN HORN, DC Bar #924092 <br> Chief, Civil Division <br><br> By:_____/s/ <br> W. MARK NEBEKER, DC Bar #396739 <br> Assistant United States Attorney <br> 555 4th Street, N.W. <br> Washington, DC  20530 |

(202) 252-2536
mark.nebeker@usdoj.gov